■ MICHAEL PELLESCKI et al., Appellants, v CITY OF ROCHESTER et al., Respondents and Third-Party Plaintiffs. RAYMOND

E. Kelly, Inc., Third-Party Defendant-Respondent. (Appeal No. 2.) [605 NYS2d 981] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.